ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                       )
                                                  )
Melwood Horticultural Training Center, Inc.   )   ASBCA No.   62370
                                                  )
Under Contract No.    N40080-18-D-0306        )

APPEARANCE FOR THE APPELLANT:          Larysa M. Kautz, Esq.
                                         Counsel

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Kenneth J. Rich, Sr., Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated.  Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated:  August 27, 2020

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62370, Appeal of Melwood Horticultural Training Center, Inc., rendered in conformance with the Board's Charter.

Dated:  August 27, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals